United States District Court
Southern District of Texas
**ENTERED**
August 27, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DANIEL TIRADO PANTOJA, | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-05720 |
| | § | |
| MARKWAYNE MULLIN, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**FINAL JUDGMENT**

For the reasons stated in the Court's Order granting habeas relief (Doc. #8) and having considered the Status Update filed by Respondents (Doc. #9), the Court now enters final judgment in this case.

The Clerk is DIRECTED to close this case.

It is so ORDERED.

AUG 2 7 2026
Date

The Honorable Alfred H. Bennett
United States District Judge