United States District Court
Southern District of Texas
**ENTERED**
September 30, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| DANIEL TIRADO PANTOJA, | § | |
| Petitioner, | § | |
| v. | § | CIVIL NO. 4:26-cv-05720 |
| MARKWAYNE MULLIN, et al., | § | |
| Respondents. | § | |

# ORDER

Respondent's Unopposed Motion to Seal Respondent's Motion for Summary Judgment Exhibit (Dkt. 6-1) is hereby GRANTED. Docket Entry 6-1 is hereby SEALED.

It is so ORDERED.

September 30,2026
Date

The Honorable Alfred H. Bennett
United State District Judge